AOL | Mail Toolbar | Make AOL My Home Page

hdennis348   Sign Out

Check Mail   Compose

Search the Webemes | Settings | Help

Search Mail        Reply        Forward        Action        Delete        Spam

Today on AOL

**FW: RV: Bufette porno, all you can see........................**
JAsmin Ortiz to you and Jasminortiz348 - 36 sec ago   More Details

Inbox   51

Drafts

Sent

IMs

Spam   7

Trash

----Forwarded Message----From: ecordero83ul@hotmail.comTo: jasmin tz(
EDTSubject: FW: RV: Bufette porno, all you can see........................sit back a:
see........................Date: Tue, 26 May 2009 23:49:34 -0400From: ahooda1784(
YOU....................ENJOY ALONE....................IT WILL TAKE YOU FEW Y
20xxx/index.htm > > > > > > > > > > > > > > > > > An Excellent Credit S

limits.http://windowslive.com/Tutorial/Hotmail/Storage?ocid=TXT_TAGLM

Contacts

Calendar

My Folders

Saved Mail

saved in AOL

EXHIBIT #1

AOL | Mail Toolbar | Make AOL My Home Page

**hdennis348** Sign Out

Check Mail | Compose

Search the Web | Themes | Settings | Help

Search Mail | Reply | Forward | Action | Delete | Spam

Today on AOL

**Fw: Wife/Girlfriend Training video**
JAsmin Ortiz to you - 7 days ago   More Details

**Inbox** 50

WifeTrainingFilmMS.wmv

Drafts

Sent

this is one of the evidence that I have regarding Eduardo Cordero

IMs

----- Forwarded Message -----
**From:** Eduardo Cordero <ecordero83ul@hotmail.com>
**To:** jasmin ortiz <jasmin_rtz@yahoo.com>
**Sent:** Thursday, September 4, 2008 5:50 PM
**Subject:** FW: Wife/Girlfriend Training video

**Spam** 7

Trash

Contacts

Calendar

My Folders

Saved Mail

saved in AOL

From: famchernow@msn.com
Subject: Fw: FW: Fw: Wife/Girlfriend Training video
Date: Wed, 3 Sep 2008 22:51:31 -0400


"Live; Love; Laugh;
Life Is A Gift...Unwrap It!!"

EXHIBIT #1



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JASMIN M. ORTIZ,

                          Complainant,

          v.

LOCAL 348-S, UFCW, AFL-CIO FORMELY
AMALGAMATED UNION LOCAL 5, EDUARDO
CORDERO,

                          Respondents.

AMENDMENT TO
THE COMPLAINT

Case No.
10156341

Federal Charge No. 16GB203976

      Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights ("Division"), Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

      The Respondent, named in the original complaint as:

LOCAL 348-S, UFCW AND INTERNATIONAL

has been modified to the correct legal name for this entity, as follows:

      LOCAL 348-S, UFCW, AFL-CIO FORMELY AMALGAMATED UNION LOCAL 5, EDUARDO CORDERO

      The above caption to this document reflects the correct caption for this complaint, as modified and accepted for filing by the Division.



NEW YORK STATE
DIVISION OF HUMAN RIGHTS
OFFICE OF SEXUAL HARASSMENT ISSUES
55 HANSON PLACE, ROOM 900
BROOKLYN, NEW YORK 11217

(718) 722-2060
Fax: (718) 722-4525
www.dhr.ny.gov

ANDREW M. CUOMO
GOVERNOR

GALEN D. KIRKLAND
COMMISSIONER

August 13, 2012

Re:  Jasmin M. Ortiz v. United Food & Commercial Workers Union (UFCW), AFL-CIO,
     Local 348-S, Eduardo Cordero
Case No.    10156341

To the Parties Listed Below:

    PLEASE BE ADVISED that the above-listed complaint has been amended. A copy of the amendment is enclosed herewith.

Very truly yours,

Joyce Yearwood-Drury
Director O.S.H.I.

TO:
Complainant
Jasmin M. Ortiz
15 Weed Avenue, Bsmt
Staten Island, NY 10306

Complainant Attorney
Eric I. Prusan, Esq.
200 Old Country Road, Suite 680
Mineola, NY 11501

Respondent
United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S
9235 4th Avenue
Brooklyn, NY 11209

Respondent
Eduardo Cordero
United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S
9235 4th Avenue
Brooklyn, NY 11209

07/13/2012  14:39    1718-7   .525            NYS DHR OSHI                          PAGE  01/02



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>JASMIN M. ORTIZ,<br>　　　　　　　　　　　Complainant,<br>　　　　　　v.<br><br>JOE HANSEN AS PRESIDENT OF UNITED FOOD & COMMERCIAL WORKERS UNION (UFCW), AFL-CIO, LOCAL 348-S,<br>　　　　　　　　　　　Respondent. | VERIFIED COMPLAINT<br>Pursuant to Executive Law, Article 15<br><br>Case No.<br>10154112 |

Federal Charge No. 16GB202313

　　　　I, Jasmin M. Ortiz, residing at 15 Weed Avenue, Bsmt, Staten Island, NY, 10306, charge the above named respondent, whose address is 9235 4th Avenue, Brooklyn, NY, 11209 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of opposed discrimination/retaliation.

　　　　Date most recent or continuing discrimination took place is 4/25/2012.

　　　　The allegations are:

### See Attached Complaint Form

Additionally, my employment was terminated April 25, 2012 in retaliation for opposing discrimination by complaining internally and by filing SDHR case #10153150 and SDHR case #10154112.

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of opposed discrimination/retaliation, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal

Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

*Jasmin M. Ortiz*

STATE OF NEW YORK ) SS:
COUNTY OF **NASSAU** )

Jasmin M. Ortiz, being duly sworn, deposes and says: that he/she is the complainant herein; that he/she has read (or had read to him or her) the foregoing complaint and knows the content thereof; that the same is true of his/her own knowledge except as to the matters therein stated on information and belief; and that as to those matters, he/she believes the same to be true.

*Jasmin M. Ortiz*

Subscribed and sworn to
before me this  14th day
of  **August**  , 2012

Signature of Notary Public
ERIC I. PR[...]
Notary Public, State of New York
No. 02PR5018840
Qualified in Albany County
Commission Exp[...] July 10, [...]/5

- 2 -



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JASMIN M. ORTIZ,
                           Complainant,
              v.

LOCAL 348-s, UFCW, AFL-CIO FORMERLY
AMALGAMATED UNION LOCAL 5, EDUARDO
CORDERO
                           Respondent

---

AMENDMENT TO
THE COMPLAINT

Case No.
10156341

Federal Charge No. 16GB203976

     Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights, Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

<u>**UNITED FOOD & COMMERCIAL WORKERS UNION (UFCW), AFL-CIO, LOCAL 348-S,**</u> EDUARDO CORDERO,

Dated: August 13, 2012
       Brooklyn, New York

                             STATE DIVISION OF HUMAN RIGHTS

                         By: _____
                             Joyce Yearwood-Drury,
                             Director O.S.H.P.



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JASMIN M. ORTIZ,

                      Complainant,

            v.

LOCAL 348-S, UFCW, AFL-CIO FORMELY
AMALGAMATED UNION LOCAL 5, EDUARDO
CORDERO,

                      Respondents.

AMENDMENT TO
THE COMPLAINT

Case No.
10156341

Federal Charge No. 16GB203976

      Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights ("Division"), Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

      The Respondent, named in the original complaint as:

LOCAL 348-S, UFCW AND INTERNATIONAL

has been modified to the correct legal name for this entity, as follows:

      LOCAL 348-S, UFCW, AFL-CIO FORMELY AMALGAMATED UNION LOCAL 5, EDUARDO CORDERO

      The above caption to this document reflects the correct caption for this complaint, as modified and accepted for filing by the Division.

Dated: July 23, 2012
       Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Joyce Yearwood-Drury,
Director O.S.H.I.

TO:

<u>Complainant</u>
Jasmin M. Ortiz
15 Weed Avenue, Bsmt
Staten Island, NY 10306

<u>Complainant Attorney</u>
Eric I. Prusan, Esq.
200 Old Country Road, Suite 680
Mineola, NY 11501

<u>Respondent</u>
Local 348-S, Ufcw, AFL-CIO formely Amalgamated Union Local 5
9235 4th Avenue
Brooklyn, NY 11209

<u>Respondent</u>
Eduardo Cordero
United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S
9235 4th Avenue
Brooklyn, NY 11209

**MEYER, SUOZZI,**
**ENGLISH & KLEIN, P.C.**
Counselors At Law

ALBANY
[ ]VILLE
MINEOLA
NEW YORK
WASHINGTON, D.C.

Patricia McConnell

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway • Suite 501
New York, New York 10018-0822
Phone: 212-239-4999
Fax: 212-239-1311
Email: pmcconnell@msek.com
www.msek.com

November 16th, 2011

To whom it may concern:

The reason for this statement is to inform you that Ed Cordero in several occasions, harassed me with vulgar comments sometimes he would hug me and say "damn girl! When are you going to give a chance?" I would tell him, "please Ed stop you need your job!!!" and he would laugh. He also would pull me close to him and try to touch me and he would look around and make sure no one was around to do it. The latest comment was about 3 weeks ago when he told me that we could have sex and he could come inside of ME many times because I was already pregnant!!!" I told him you are crazy and sick!!!!! Hope this helps.

Sincerely,

[signature]

EXHIBIT #2

# NEW YORK STATE
# DIVISION OF HUMAN RIGHTS

TO: Files                                          REGION: O.S.H.I.

FROM: Joyce Yearwood-Drury                         DATE: September 11, 2012
      Director O.S.H.I.

SDHR CASE NO: 10156341-12-E-SO-E

SUBJECT: Jasmin M. Ortiz v. United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S, Eduardo Cordero

## CLOSING STATEMENT

Federal Status: Title VII
Federal Charge No. 16GB203976

Date of Filing:      7/18/2012
Date of Violation:   4/25/2012

Jurisdiction: Employment
Basis:        Sex, Opposed Discrimination/Retaliation

---

Joined Case: 10154112-Jasmin M. Ortiz v Joe Hansen as President of United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S, 10153150-Jasmin M. Ortiz v United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S, President; Eduardo Cordero as Aider and Abettor

---

**DETERMINATION:**

Probable Cause; Hearing Recommended



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

JASMIN M. ORTIZ,
                              Complainant,

v.

UNITED FOOD & COMMERCIAL WORKERS
UNION (UFCW), AFL-CIO, LOCAL 348-S,
PRESIDENT, EDUARDO CORDERO AS AIDER AND
ABETTOR,
                              Respondents.

DETERMINATION AFTER
INVESTIGATION

Case No.
10153150

---

Federal Charge No. 16GB201597

      On 2/3/2012, Jasmin M. Ortiz filed a verified complaint with the New York State Division of Human Rights ("Division"), charging the above-named Respondents with an unlawful discriminatory practice relating to employment because of sex in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

      After investigation, the Division has determined that it has jurisdiction in this matter and that <u>PROBABLE CAUSE</u> exists to believe that the Respondents have engaged in or are engaging in the unlawful discriminatory practice complained of.

      Pursuant to the Human Rights Law, this matter is recommended for public hearing. The parties will be advised of further proceedings.

Dated: 8/1/12
         Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
    Joyce Yearwood-Drury
    Director O.S.H.I.

## Information to the Parties
## Following Determination of Probable Cause

The New York State Division of Human Rights ("Division") is the administrative agency charged with enforcing the New York State Human Rights Law. The Division investigates complaints of discrimination, determines whether there is probable cause to believe that discrimination has occurred, and conducts a public hearing of the complaint where probable cause is found. Probable cause has been found in this case, and the matter will now proceed to a public hearing before an Administrative Law Judge.

If a Complainant does not have a private attorney, the Division will assign an attorney to present the case in support of the complaint. The Division attorney at all times represents the Division, not the Complainant personally. Substitutions and reassignments of Division attorneys and Administrative Law Judges are within the Division's discretion.

The Division generally schedules public hearings for two consecutive days, which may be allocated with one day each for the presentation of Complainant's and Respondent's cases. There is no formal discovery. Parties may exchange document and witness lists at the preliminary conference, which will take place during the first hour of the first day of the public hearing.

Prior to receiving the notice setting out the date and time of the public hearing, parties may receive notice of a Pre-Hearing Settlement Conference, which will be scheduled several weeks before the public hearing. If Respondent wishes to make an offer of settlement prior to that time, Respondent should contact the Division at question@dhr.ny.gov. If you do not have access to electronic mail, you may call the Hearing Attorneys Unit at (718) 741-8398.

The Division has its own Rules of Practice which can be found on the Division's website, www.dhr.ny.gov. The New York Civil Practice Law and Rules and the Federal Rules of Procedure and Evidence are inapplicable to Division proceedings. Please cite to New York State case law wherever possible in all submissions to the Division.

The parties have a continuing obligation to keep the Division advised as to any changes in the case including:

1. Changes in name, address and/or telephone number of the parties and successors in interest.
2. Commencement of proceedings in another forum.
3. Settlement of the case.

Any of the above information should be timely provided to the Division, IN WRITING on the attached form to the following by mail or fax:

**New York State Division of Human Rights**
**Attn: Acting Chief Calendar Clerk**
**One Fordham Plaza, 4th Floor**
**Bronx, New York 10458**
**Fax: (718) 741-8104**

Case 1:14-cv-00743-MKB-VMS   Document 49-2   Filed 07/22/16   Page 14 of 17 PageID #: 881

Information to the Parties
Page 2

If the Complainant wishes to seek dismissal of this matter to proceed in an alternate forum, an application should be filed with the Acting Chief Calendar Clerk at the above listed address, preferably within twenty (20) days of the date of this determination.

The parties also have a continuing obligation to maintain certain information, records, etc., as follows:

1. Parties must keep track of the whereabouts of their witnesses.
2. Parties are obligated to identify and preserve all evidence relating to the case, including evidence relating to any incidents which relate to the case that occur after the Division makes a finding of probable cause, and including all evidence whether for or against that party's interests.
3. Parties are responsible for recording and keeping evidence relating to any increase or reduction in damages.

Finally, if you would like to request a copy of the investigation file, please do so promptly. Put your request in writing to:

**New York State Division of Human Rights**
**Attn: FOIL Officer**
**One Fordham Plaza, 4th Floor**
**Bronx, New York 10458**
**Fax: (718) 741-3217**

Please note that your request for documents, or the Division's response or date of response thereto, will not affect the date of the hearing, and cannot be used to request a postponement or rescheduling of the hearing. Costs for copying, established by statute, will apply.

## FREQUENTLY ASKED QUESTIONS

The New York State Human Rights Law and the Division's Rules of Practice outline the policies and procedures that govern hearings administered by the New York State Division of Human Rights. The Law and the Rules are available on the Division's website at www.dhr.ny.gov. Parties may consult with their own attorneys on questions about and interpretations of the Law and/or the Rules. The following are general responses to frequently asked questions. The responses are not legal advice, and should be used for informational purposes only.

Information to the Parties
Page 3

## Before the Public Hearing

1. **I recently received a "Determination After Investigation" letter from the Division, stating that there is probable cause to believe that discrimination has occurred in my case and that the case will be scheduled for a public hearing. What does this mean and when will the case be scheduled for a hearing?**

   Where the Division finds probable cause after investigation, the Human Rights Law requires that the entire case be heard at a public hearing before an administrative law judge, where all relevant evidence is presented and the testimony of witnesses is taken under oath and subject to cross-examination. You will receive written notice from the Division of the hearing date, time, and location of the hearing. The hearing usually is scheduled to occur 4 to 6 weeks from the date of the written notice. Prior to receiving this notice, you may receive notice of a Pre-Hearing Settlement Conference, where your case will come before an Administrative Law Judge for the purpose of exploring settlement.

2. **Do we pick the dates for the hearing?**

   No. The Division selects dates for a public hearing, and notifies the parties in writing through the notice of hearing.

3. **What do I bring to the hearing, such as documents, witnesses, etc.?**

   The parties should identify and bring all documents and witnesses relevant to their claims and/or defenses. The parties should review the notice of hearing, which is issued via mail.

4. **Now that the case is scheduled for a hearing, what happens next?**

   The case proceeds to a public hearing on the scheduled date. The Complainant may consult with his or her own attorney. If Complainant does not have an attorney, please wait to be contacted by a Division attorney, who will present the case in support of the complaint. Further, the parties should review the notice of hearing, which is issued via mail.

5. **When should an answer be filed and can it be faxed?**

   An answer should be served by the respondent(s) on all parties and the Administrative Law Judge at least two (2) business days before the public hearing. This is a statutory requirement. All formal papers, including but not limited to the answer, must be submitted via personal service, mail, or fax (with an original to follow) for proper docketing and timely filing. Formal papers submitted via electronic mail are deemed courtesy copies and do not constitute proper service.

Information to the Parties
Page 4

## Adjournments

6. **What should I do if I have a conflict with the hearing date that is scheduled?**

   You should submit, as early as possible, a written request for an adjournment of the hearing, stating the basis for your request, to all parties and the Administrative Law Judge.

7. **On what basis will the judge grant an adjournment? Will I receive a letter with new dates?**

   Adjournment of a public hearing is granted only for actual engagement before a higher tribunal on the specific dates of the public hearing, or for other good cause shown as determined by the Division. If a case is adjourned, the Division will schedule a new hearing date.

## Public Hearing

8. **What happens if I do not appear for the hearing?**

   A complainant's failure to appear at a public hearing may result in a dismissal of a complaint, and a respondent's failure to appear may result in a default finding against a respondent.

9. **How long is the hearing?**

   Public hearings are generally scheduled for two (2) days.

10. **Can I speak with the Judge?**

    *Ex parte* communication (*i.e.*, by only one party) with the judge assigned to the case is strictly prohibited. The parties may jointly request a conference with a judge through the Office of Administrative Law Judges.

## Additional Information

11. **I have more questions. Where can I call for more information?**

    If necessary, you may call Shirese Taylor, Acting Chief Calendar Clerk, at (718) 741-8400. We do request that you call only if the situation is urgent. Please do not call to ask the status of your case; the Division will contact *you* at the appropriate time. Frequent telephone contact can interfere with the prompt processing of your hearing. Please do not call your regional office; they will not have information on the hearing process.

## IF YOU MOVE, SETTLE, OR INTEND TO CHANGE FORUM
### Complete and return this form to:

New York State Division of Human Rights
Attn: Acting Chief Calendar Clerk
One Fordham Plaza, 4th Floor
Bronx, New York 10458
Fax: (718) 741-8104

Re:  Jasmin M. Ortiz v. United Food & Commercial Workers Union (UFCW), AFL-CIO, Local 348-S, President, Eduardo Cordero as Aider and Abettor
Case No. 10153150

**New name, address, and/or telephone:**

NAME: _____

ADDRESS: _____

_____

TELEPHONE: _____

I WILL BE AT MY NEW ADDRESS ON OR AFTER: _____

Please indicate below the name, address, and telephone number of a person who may be contacted and will know your whereabouts if the Division cannot locate you:

_____

_____

_____

**Commencement of proceedings in another forum, or settlement:**
Below please indicate, for other proceedings, the name of the forum and the name, address, and telephone number of the attorney handling the matter. For settlement, please explain briefly the circumstances under which the case was settled, and whether the terms have been complied with, and give a contact telephone number and sign below.

_____

_____

_____

_____      _____
Telephone Number                Signature